# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

MONIQUE SIMMONS DILLARD

VERSUS

NO. 2019 CW 1442

BATON ROUGE GENERAL MEDICAL CENTER, ET AL

Consolidated with

MONIQUE SIMMONS DILLARD

VERSUS

DR. CARLOS SIRVEN & DR. JEANNE HUTCHINSON

Consolidated with

MONIQUE SIMMONS DILLARD

NO. 2019 CW 1459

VERSUS

BATON ROUGE GENERAL MEDICAL CENTER, ET AL

Consolidated with

MONIQUE SIMMONS DILLARD

MAR 0 6 2020

VERSUS

DR. CARLOS SIRVEN & DR. JEANNE HUTCHINSON

---

In Re:    Carol Patin, M.D., Jeanne Hutchinson, M.D., and Carlos Sirven, M.D., applying for supervisory writs; and Baton Rouge General Medical Center applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 663,120 c/w 680,298.

---

**BEFORE: McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED.** Pursuant to our *de novo* review, we conclude that defendants, Dr. Carol Patin, Dr. Jeanne Hutchinson, Dr. Carlos Sirven, and Baton Rouge General Medical Center-Bluebonnet, have met their burden of pointing out the absence of factual support for one or more elements essential to plaintiff's claims, as plaintiff, Monique Dillard, has failed to produce expert medical testimony in support of her claims. See **Samaha v. Rau**, 2007-1726 (La. 2/26/08), 977 So.2d 880. Accordingly, we reverse the September 30, 2019 judgment of the trial court that denied the motions for summary judgment filed by Dr. Carol Patin, Dr. Jeanne Hutchinson, Dr. Carlos Sirven, and Baton Rouge General Medical Center-Bluebonnet. We grant summary judgment in favor of Dr. Carol Patin, Dr. Jeanne Hutchinson, Dr. Carlos Sirven, and Baton Rouge General Medical Center-Bluebonnet and dismiss the plaintiff's claims against them with prejudice.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT